Lawrence Schiro, Appellee, v. Walter J. Cummings, Receiver, et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 42,880.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944; rehearing denied March 14, 1944. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Cohon & Goldstein, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.